EFILED LUCAS COUNTY
05/16/2022 12:07 PM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
efile id 97234

# LUCAS COUNTY COMMON PLEAS COURT
## CASE DESIGNATION

TO: Bernie Quilter, Clerk of Courts

CASE NO. _____

JUDGE ___  G-4801-CI-0202202385-000
Judge
**JOSEPH V. MCNAMARA**

The following type of case is being filed:

**Professional Malpractice**
- [ ] Legal Malpractice (L)
- [ ] Medical Malpractice (M)

- [ ] **Product Liability (B)**
- [✓] **Other Tort (C)**

**Workers' Compensation**
- [ ] State Funded (D)
- [ ] Self Insured (K)

- [ ] **Administrative Appeal (F)**

- [ ] **Commercial Docket**

By submitting the complaint, with the signature of the Attorney, the Attorney affirms that the name of person with settlement authority and his/her direct phone number will be provided upon request to a party or counsel in this matter

**Other Civil**
- [ ] Consumer Fraud (N)
- [ ] Forfeiture
- [ ] Appropriation (P)
- [ ] Court Ordered
- [ ] Other Civil (H)
- [ ] Certificate of Title
- [ ] Copyright Infringement (W)

This case was previously dismissed pursuant to CIVIL RULE 41 and is to be assigned to Judge _____, the original Judge at the time of dismissal. The previously filed case number was CI _____.

This case is a civil forfeiture case with a criminal case currently pending. The pending case number is _____, assigned to Judge _____

This case is a Declaratory Judgment case with a personal injury or related case currently pending. The pending case number is _____, assigned to Judge _____

This case is to be reviewed for consolidation in accordance with Local Rule 5.02 as a companion or related case. This designation sheet will be sent by the Clerk of Courts to the newly assigned Judge for review with the Judge who has the companion or related case with the lowest case number. The Judge who would receive the consolidated case may accept or deny consolidation of the case. Both Judges will sign this designation sheet to indicate the action taken. If the Judge with the lowest case number agrees to accept, the reassignment of the case by the Administration Judge shall be processed. If there is a disagreement between the Judges regarding consolidation, the matter may be referred to the Administrative Judge.

Related/companion case number _____ Assigned Judge _____

Approve/Deny _____ Date _____  Approve/Deny _____ Date _____

| | |
|---|---|
| **Attorney** | D. Lee Johnson (0044081) |
| **Address** | 2927 N. McCord Rd., Suite 100 |
| | Toledo, OH 43615 |
| **Telephone** | 419-843-2424 - phone / 419-843-2533 - fax |

EFILED LUCAS COUNTY
05/16/2022 12:07 PM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
efile id 97234

## IN THE COURT OF COMMON PLEAS OF LUCAS COUNTY, OHIO

| | |
|---|---|
| SHARON HOOKS,<br>7310 Bueller Court<br>Sylvania, OH 43560<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WAFFLE HOUSE, UNIT 1544<br>6725 West Central Avenue<br>Toledo, OH 43617<br><br>　　　　Defendant,<br><br>and<br><br>WAFFLE HOUSE, INC.<br>c/o Corporation Service Company<br>50 West Broad Street, Suite 1330<br>Columbus, OH 43215<br><br>　　　　Defendant. | Case No.: **G-4801-CI-0202202385-000**<br>　　　　　**Judge**<br>Judge:　**JOSEPH V. MCNAMARA**<br><br>**COMPLAINT**<br><br>D. Lee Johnson (0044081)<br>Andrew B. Wobser (100626)<br>**JOHNSON & ASSOCIATES**<br>2927 North McCord Road, Suite 100<br>Toledo, OH 43615<br>(419) 843-2424<br>(419) 843-2533 – Fax<br>Lee@LeeJohnsonLegal.com<br>Andrew@LeeJohnsonLegal.com<br>Attorneys for Plaintiff |

Now comes Plaintiff Sharon Hooks, by and through counsel, and hereby states the following as her *Complaint*:

### COMMON ALLEGATIONS

1. Plaintiff Sharon Hooks is, and was at all times relevant hereto, a resident of the City of Sylvania, Lucas County, Ohio.

2. Defendant Waffle House, Unit 1544 (hereinafter referred to as "Waffle House") is, and was at all times relevant hereto, a duly licensed company doing business throughout the State of Ohio including Lucas County, Ohio.

3. Defendant Waffle House, Inc., is, and was at all times relevant hereto, a duly licensed company doing business throughout the State of Ohio including Lucas County, Ohio, and serves as the statutory agent of Defendant Waffle House.

4. On or about April 25, 2021, Plaintiff Sharon Hooks went to Waffle House located at 6725 West Central Avenue, Toledo, Lucas County, Ohio 43617.

5. While Plaintiff was dining at Waffle House, she went to use the restroom located inside Defendant's establishment, however, the restroom was not usable due to dirty and unclean conditions.

6. Prior to Plaintiff being able to use the restroom, an employee of Waffle House hastily and haphazardly cleaned the bathroom. This included the employee cleaning the restroom floor with cleaning supplies.

7. When the employee was done cleaning the restroom, customers were allowed to access the restroom, despite the employee's knowledge that the floor was still wet, slippery, not fully cleaned, and not ready for customer use.

8. Defendant Waffle House's employees failed to warn customers, including Plaintiff, of the dangerous conditions in the restroom. Further, the employees put no wet floor signs in or around the restroom to warn of the restroom's dangerous condition.

9. When Plaintiff entered the restroom, she slipped and fell because of the wet bathroom floor as she was not warned of the bathroom's conditions and no wet floor signs were posted, causing her to sustain several injuries.

10. As a direct and proximate result of the negligent acts and/or omissions of Defendant Waffle House, Plaintiff suffered serious personal injuries, including but not limited to, injury to Plaintiff's head, as it was struck on the toilet when she fell, injury to her knee, left leg, shoulder, neck, left arm, and ribs.

11. As a direct and proximate result of the negligent acts and/or omissions of Defendants, Plaintiff:

    a. sustained serious personal injuries, requiring medical treatment;
    b. has incurred medical expenses which continue as of the date of this filing; and
    c. continues to endure severe pain and discomfort.

## COUNT I
### Negligence – Defendants Waffle House, Unit 1544, and Waffle House, Inc.

12. Plaintiff re-alleges and incorporates paragraphs 1 – 11 as if fully rewritten herein.

13. Defendant Waffle House is, and was at all times relevant hereto, responsible for the operation, management, possession, inspection, and control, of its store located at the location listed in Paragraph 4.

14. Defendant Waffle House at all times relevant hereto had a duty to maintain and/or operate the location listed in Paragraph 4 in a safe and non-negligent manner.

15. Defendant Waffle House at all times relevant hereto had a duty to not create a dangerous condition in the bathroom at the location listed in Paragraph 4 and had a duty to adequately remove the dangerous condition and/or properly warn customers of the dangerous condition that employees knew existed.

16. On or about April 25, 2021, Defendant Waffle House committed common law negligence by creating a dangerous condition in the restroom, by failing to clean up the wet floor in the restroom and/or by not placing wet floor signs in the restroom to warn customers of the

danger, and by failing to warn customers, including Plaintiff, of the dangerous condition that employees knew existed.

17. As a direct and proximate result of the negligent acts and/or omissions of Defendant Waffle House, Plaintiff Hooks has been damaged as set forth herein.

WHEREFORE, Plaintiff Sharon Hooks prays for judgment against Defendant Waffle House, in an amount in excess of $25,000.00, plus interest, costs, and other relief that justice so requires on Count I of *Plaintiff's Complaint*.

                                        Respectfully Submitted,
                                        **JOHNSON & ASSOCIATES**

                                        _____
                                        D. Lee Johnson
                                        Attorney for Plaintiff

## PRAECIPE

**TO THE CLERK:**

Please proceed with certified mail service, return receipt requested, upon the Defendants at the addresses listed in the caption of *Plaintiff's Complaint*.

Respectfully Submitted,
**JOHNSON & ASSOCIATES**

*/s/ D. Lee Johnson*
D. Lee Johnson
Attorney for Plaintiff

# LUCAS COUNTY COMMON PLEAS COURT
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**            **OTHER TORT**

WAFFLE HOUSE, UNIT 1544
6725 WEST CENTRAL AVENUE
TOLEDO, OH 43617

G-4801-CI-0202202385-000
JUDGE: JOSEPH V MCNAMARA

You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service or to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

| PLAINTIFF (S) | ATTORNEY FOR PLAINTIFF(S) |
|---|---|
| SHARON HOOKS<br>7310 BUELLER COURT<br>SYLVANIA, OH 43560 | ANDREW B WOBSER<br>2927 NORTH MCCORD ROAD SUITE 100<br>TOLEDO, OH 43615 |

BERNIE QUILTER
CLERK OF COURTS

Date: May 17, 2022

*/s/ Bernie Quilter*, Clerk



## IF YOU DO NOT HIRE AN ATTORNEY
### PLEASE READ & RESPOND
(mark one & respond)

☐ I request to be notified by email

My email address _____

Send email to: Lwatt@co.lucas.oh.us
Subject: G-4801-CI-0202202385-000
WAFFLE HOUSE UNIT 1544
Message: Your email address

**OR**

☐ I request to be notified by regular mail
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

# LUCAS COUNTY COMMON PLEAS COURT
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**  **OTHER TORT**

WAFFLE HOUSE INC
C/O CORPORATION SERVICE COMPANY
50 WEST BROAD STREET STE 1330
COLUMBUS, OH 43215

G-4801-CI-0202202385-000
JUDGE: JOSEPH V MCNAMARA

You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service or to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

| PLAINTIFF (S) | ATTORNEY FOR PLAINTIFF(S) |
|---|---|
| SHARON HOOKS | ANDREW B WOBSER |
| 7310 BUELLER COURT | 2927 NORTH MCCORD ROAD SUITE 100 |
| SYLVANIA, OH 43560 | TOLEDO, OH 43615 |

BERNIE QUILTER
CLERK OF COURTS

Date: May 17, 2022

_J Bernie Quilter_ , Clerk



# IF YOU DO NOT HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark one & respond)

☐ I request to be notified by email

My email address _____

**OR**

☐ I request to be notified by regular mail
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Send email to**: Lwatt@co.lucas.oh.us
Subject:        G-4801-CI-0202202385-000
                WAFFLE HOUSE INC
Message:        Your email address

**Return this Form with your address to**:
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WAFFLE HOUSE UNIT 1544
   G-4801-CI-0202202385-000 #9 KB
   6725 WEST CENTRAL AVENUE
   TOLEDO, OH 43617

9590 9402 6202 0220 1300 88

2. Article Number (Transfer from service label)

   7022 0410 0000 2364 0102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Ayra Slayll
C. Date of Delivery: 5-19-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt



USPS TRACKING #

9590 9402 6202 0220 1300 88

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

MAY 2 4 2022

• Sender: Please print your name, address, and ZIP+4® in this box•

Lucas Co. Com. Pleas Court
Bernie Quilter, Clerk
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

| | |
|---|---|
| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature RECEIVED<br>X Corporation Service Company ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) MAY 2 3 2022   C. Date of Delivery |
| 1. Article Addressed to:<br>WAFFLE HOUSE INC<br>G-4801-CI-0202202385-000 #9 KB<br>C/O CORPORATION SERVICE COMPANY<br>50 WEST BROAD STREET STE 1330<br>COLUMBUS, OH 43215 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>Amy E. Kuhlman<br>Agent |
| 9590 9402 6202 0220 1300 71 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 0410 0000 2364 0119 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |



USPS TRACKING #

9590 9402 6208 0220 1300 71

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

FILED MAY 26 2022

EFILED LUCAS COUNTY
06/14/2022 10:02 AM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
efile id 99358

## IN THE COMMON PLEAS COURT OF LUCAS COUNTY, OHIO

| | |
|---|---|
| SHARON HOOKS, | Case No. G-4801-CI-0202202385-000 |
| Plaintiff, | |
| | Judge Joseph V. McNamara |
| v. | **NOTICE OF APPEARANCE** |
| WAFFLE HOUSE, UNIT 1544, et al., | |
| Defendants. | |

Now comes Molly E. Davis and Justin D. Harris and hereby enters their notice of appearance as counsel of record for Defendants Waffle House, Unit 1544 and Waffle House, Inc. All further correspondence and notices should be sent to the undersigned.

Respectfully submitted,

/s/Molly E. Davis
Molly E. Davis (0097484)
REMINGER CO., L.P.A.
One SeaGate, Suite 1600
Toledo, Ohio 43604
(419) 254-1311
(419) 243-7830 Fax
mdavis@reminger.com

Justin D. Harris (0078252)
REMINGER CO., L.P.A.
154 Columbus Avenue
Sandusky, OH 44870
(419) 609-1311
(419) 626-4805 Fax
jharris@reminger.com

*Counsel for Defendants Waffle House, Unit 1544 and Waffle House, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent this 14th day of June 2022 via electronic mail only to:

D. Lee Johnson (0044081)  
Andrew B. Wobser (100626)  
Johnson & Associates  
2927 North McCord Road, Suite 100  
Toledo, OH 43615  
Lee@LeeJohnsonLegal.com  
Andrew@LeeJohnsonLegal.com  

*Counsel for Plaintiff*

/s/Molly E. Davis  
Molly E. Davis (0097484)  
Justin D. Harris (0078252)  

*Counsel for Defendants Waffle House, Unit 1544 and Waffle House, Inc.*

**RECEIVED**

JUN 14 2022

BERNIE QUILTER
LUCAS COUNTY CLERK OF COURTS

**FILED**
LUCAS COUNTY

2022 JUN -8

COMMON PLEAS COURT
BERNIE QUILTER
CLERK OF COURTS

IN THE COURT OF COMMON PLEAS OF LUCAS COUNTY, OHIO

SHARON HOOKS,

Plaintiff

Case No. G-4801-CI-0202202385-000

vs

WAFFLE HOUSE, UNIT 1544, et al.

Defendant

JUDGE: Joseph V. McNamara

**REQUEST FOR EXTENSION AND JOURNAL ENTRY**

~~Plaintiff~~ Defendant WAFFLE HOUSE, UNIT 1544 and WAFFLE HOUSE, INC. requests a FIRST EXTENSION, not exceeding 28 days, to MOVE, PLEAD, OR OTHERWISE RESPOND on or before the 12th day of July 20 22.

Opposing Counsel has been properly notified of this request.

MOLLY E. DAVIS (0097484)
_____,
ATTORNEY (TYPE OR PRINT)
WAFFLE HOUSE, UNIT 1544 and
WAFFLE HOUSE, INC.
_____
REPRESENTING (TYPE OR PRINT

*[signature]*
SIGNATURE

***************************************************************************

The foregoing request (is APPROVED)/DENIED, and it is so ORDERED.

*[signature]*
JUDGE JOSEPH V. MCNAMARA

NOTE: This is to be used only for a FIRST extension of time for a Responsive Pleading to a Complaint, Counter-Claim, or Third Party Complaint (Gen. R. 5.04 (A)). **The Court requires that this form be printed on YELLOW PAPER.**

**E-JOURNALIZED**

JUN 17 2022